# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONNIE JAMES MOORE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 22-00092-KD-N** |
| | ) | |
| **ALABAMA THERAPEUTIC** | ) | |
| **EDUCATION FACILITY,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 4) is **ADOPTED** as the opinion of this Court.  Accordingly, this action is dismissed without prejudice for failure to comply with the Court's orders.

**DONE** this 1st day of August 2022.


s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE