# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONNIE JAMES MOORE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 22-00092-KD-N |
| | ) |
| **ALABAMA THERAPEUTIC** | ) |
| **EDUCATION FACILITY,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice for failure to comply with the Court's orders. Petitioner is not entitled to a certificate of appealability and is not entitled to appeal *in forma pauperis*.

**DONE** this 1st day of August 2022.

s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE